NO. CAAP-14-0000912

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
SUSAN A. CHIN, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 12-1-1325)

ORDER OF CORRECTION
(By: Leonard, J., for the court)[1]

IT IS HEREBY ORDERED that the Summary Disposition Order filed on June 12, 2015, is corrected at page 2, paragraph 1, by replacing "June 4, 2014 Judgment of Conviction and Sentence" with "June 6, 2014 Amended Judgment of Conviction and Sentence" so that as corrected, the paragraph reads as follows:

> For these reasons, we affirm the Circuit Court's June 6, 2014 Amended Judgment of Conviction and Sentence.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaiʻi, July 8, 2015.

FOR THE COURT:

Associate Judge

---

[1] Fujise, Presiding Judge, Leonard and Ginoza, JJ.